STATE OF LOUISIANA                    NO. 24-KH-616

VERSUS                               FIFTH CIRCUIT

EDDIE THOMAS                         COURT OF APPEAL

                                     STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

January 15, 2025

Linda Wiseman
First Deputy Clerk

**IN RE** EDDIE THOMAS

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE ELLEN SHIRER KOVACH, DIVISION "K", NUMBER 14-6486

Panel composed of Judges Stephen J. Windhorst,
John J. Molaison, Jr., and Timothy S. Marcel

**WRIT DENIED**

In this *pro se* writ application, relator, Eddie Thomas, seeks review of the trial court's October 29, 2024, ruling denying his Motion to Correct Illegal Sentence. For the following reasons, we deny this writ application.

After review, we find relator's application is deficient because he does not include a notice of intent as required by Uniform Rules, Courts of Appeal, Rule 4-2, and has failed to include an order from the trial court setting a return date, as required by Uniform Rules, Courts of Appeal, Rule 4-3.

Further, under Uniform Rules, Courts of Appeal, Rule 4-3, relator was required to file his writ application within thirty days of the ruling at issue. Considering the December 9, 2024 postmark on his filing, relator's writ application was filed more than thirty days after the trial court's ruling on October 29, 2024. Accordingly, we find the writ application is untimely, as it was not filed within the time delay set forth in Uniform Rules, Courts of Appeal, Rule 4-3.

Gretna, Louisiana, this 15th day of January, 2025.

**TSM**
**SJW**
**JJM**

24-KH-616                    1

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES



FIFTH CIRCUIT
101 DERBIGNY STREET (70053)
POST OFFICE BOX 489
GRETNA, LOUISIANA 70054
www.fifthcircuit.org

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **01/15/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-KH-616**

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Ellen Shirer Kovach (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Eddie Thomas #601279 (Relator)
Raymond Laborde Correctional Center
1630 Prison Road
Cottonport, LA 71327